IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

AARON FLEMONS                                                                                           PLAINTIFF

v.                                              No. 2:16-CV-02037

JOHN DEVANE, et. al                                                                                DEFENDANTS

## **ORDER**

The Court has received a report and recommendation (Doc. 52) from United States Magistrate Judge Mark E. Ford. No objections have been filed and the deadline to file objections has passed. The Magistrate recommends that Shift Supervisor Steele, Deputy Hobbs, Deputy Woods, L.P.N. S. Overstreet, Deputy Bunn, Deputy Fuller, and Deputy Lindberg be dismissed from this action without prejudice. The Court has conducted careful review of this case. The report and recommendation is proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED Shift Supervisor Steele, Deputy Hobbs, Deputy Woods, L.P.N. S. Overstreet, Deputy Bunn, Deputy Fuller, and Deputy Lindberg are DISMISSED FROM THIS ACTION WITHOUT PREJUDICE.

IT IS SO ORDERED this 8th day of January, 2018.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE