### IN THE UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF ARKANSAS
### FORT SMITH DIVISION

**AARON FLEMONS**                                                                                            **PLAINTIFF**

VS.                                    NO.  2:16-CV-02037 PKH-MEF

**ANTHONY PARTAIN & REGI FRAZIER,**
in their individual capacities                                                                     **DEFENDANTS**

## JOINT STIPULATION OF DISMISSAL

Comes now the parties jointly and give notice to the Court of the stipulated dismissal of this case, as follows:

1.   The parties have reached a settlement in this matter and agree that this case should be dismissed with prejudice.

WHEREFORE, the parties jointly and respectfully stipulate to the dismissal of this case with prejudice.

          Respectfully submitted,

          ANTHONY PARTAIN & REGI FRAZIER,
          in their individual capacities,
          *Defendants*

          /s/ Jason E. Owens
          Jason E. Owens, Ark. Bar No. 2003003
          JASON OWENS LAW FIRM, P.A.
          **Mailing Address:** P.O. Box 850
          Conway, Arkansas 72033-0850
          **Physical Address:** 1023 Main Street, Suite 204
          Conway, Arkansas 72032
          Telephone (501) 764-4334
          Telefax (501) 764-9173
          Email: owens@jowenslawfirm.com

and

*Attorney for Plaintiff*

/s/ Matthew Bender
Matthew Bender, Ark. Bar No. 2014105
mlbende@uark.edu